**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN THE MATTER OF:

DEMETRA ADAMS REID           *   CASE NO:   07-74181-PWB
                             *
                             *   CHAPTER:   13
                             *
                             *   JUDGE:     PAUL  W. BONAPFEL

### CERTIFICATION OF DEBTOR'S COUNSEL

COMES NOW Clark & Washington, P.C., counsel for the above-named Debtor, and certifies that it has reviewed the claims filed for validity and for proper treatment by the Chapter 13 Trustee and communicated with the Debtor regarding those findings and regarding the necessity of filing claims on behalf of creditors, if any, and has taken actions deemed appropriate by counsel and the Debtor.

Respectfully submitted,
CLARK & WASHINGTON, P.C.

By:_s/_____

E. L. Clark
Georgia Bar No: 126750
Attorneys For Debtor

### CERTIFICATE OF SERVICE

This is to certify that on this day I served the following parties with a copy of the attached certification of Debtor's Counsel by placing true copies of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

Mary Ida Townson,  Chapter 13 Trustee
100 Peachtree St   Atlanta, GA  30303-1901

DEMETRA ADAMS REID
2186 MAINSAIL DRIVE
MARIETTA, GA  30062           January 29, 2008

__s/_____
E. L. Clark

CLARK & WASHINGTON, P.C.
3300 Northeast Expressway  Building 3
Atlanta, GA  30341
(404) 522-2222